UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 29 AM 9:42

08 MJ 0262

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No._____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| John Howard HECKER ) | 1324(a)(2)(B)(iii) - |
| ) | Bringing in Illegal Aliens |
| Defendant. ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **January 28, 2008**, at the San Ysidro Port of Entry, within the Southern District of California, defendant **John Howard HECKER**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Leonor ALONZO-Bazan, Eduardo CAMBRON-Vargas, and Adalberto MARTINEZ-Crus** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF JANUARY, 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Leonor ALONZO-Bazan, Eduardo CAMBRON-Vargas,** and **Adalberto MARTINEZ-Crus** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 28, 2008, at approximately 0310 hours, **John Howard HECKER (Defendant)** attempted to enter the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle lanes. Defendant was the driver and sole visible occupant of a 2003 Chevrolet Trailblazer. Upon inspection before a U.S. Customs and Border Protection (CBP) officer, Defendant told the officer that he was not bringing anything from Mexico and stated the vehicle belonged to his friend. The CBP officer conducted an inspection of the vehicle and discovered persons concealed under a blue cloth in the rear cargo area. CBP officers escorted Defendant and vehicle to secondary for further inspection.

During secondary inspection, five individuals were removed from the rear cargo area and determined to be citizens of Mexico with no entitlements to enter the United States. Three individuals were held as material witnesses and are now identified as **Leonor ALONZO-Bazan (MW1), Eduardo CAMBRON-Vargas (MW2),** and **Adalberto MARTINEZ-Crus (MW3).** Automated Department of Motor Vehicles records indicate the vehicle has been reported stolen.

During a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. During a subsequent interview, Defendant admitted he knew there was at least one person concealed in the rear cargo area, but denied knowing the person is an undocumented alien. Defendant admitted he was to receive between $800 to $1,200 U.S. dollars to drive the vehicle into the United States. Defendant stated he believed the person concealed in the rear of the vehicle was there to ensure he delivered the vehicle to a pre-determined location. Defendant stated he does not know the vehicle's registered owner and did not know the vehicle was reported stolen.

On separate videotaped interviews, Material Witnesses declared they are citizens of Mexico with no legal rights or entitlements to enter the United States. Material Witnesses stated they were going to pay between $2,500.00 and $3,800.00 U.S. dollars to be smuggled into the United States. Material Witnesses stated they were going to various areas in the United States to seek residency and employment. Material Witness 2 and Material Witness 3 identified Defendant in a photographic line-up display as the person who was introduced to them as the driver of the vehicle.