Case 3:08-cr-00352-JMDocument 12Filed 02/12/2008Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>John Howard Hecker<br><br>Defendant(s) | CRIMINAL NO. **08mj0262**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. **07066298** |

On order of the United States District/**Magistrate Judge**, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Eduardo Cambron-Vargas**

DATED: **2-12-08**

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Hernandez
Deputy Clerk

CLERK'S OFFICE COPY☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95