AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

FEB 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ~~~~~~~ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JOHN HOWARD HECKER

CASE NUMBER:  08CR 0352-JM

I, JOHN HOWARD HECKER, the above-named defendant, who is accused of committing the following

offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8,
United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on _____2/12/08_____ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer